IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**

**v.**                              **No. 4:03CR00128 WRW**

**TIMOTHY RAY PARKER**

## RESPONSE OF THE UNITED STATES TO MOTION TO REDUCE SENTENCE PURSUANT TO RETROACTIVE CRACK AMENDMENT, 18 U.S.C. §3582(c)(2)

The defendant has filed a Motion for a Reduction of Sentence pursuant to 18 U.S.C. §3582(c)(2).

1.   The defendant was sentenced on June 29, 2004, to 59 months incarceration.  The sentence was at the bottom of his sentencing range which was 135-168 months based on an offense level of 25 and a Criminal History Category I.

2.   The United States agrees that the defendant meets the eligibility requirements set forth in §1B1.10, U.S.S.G., and qualifies for consideration of a sentence reduction.  Based on the criteria of §1B1.10, U.S.S.G. and the pertinent revisions in §2D1.1, U.S.S.G., the revised offense level would be 23, Criminal History Category I, producing a sentencing range of 46-57 months. Accordingly, the defendant is eligible for a reduction in sentence from 2-13 months, but in no instance greater than for time served.

3.   The decision whether to reduce the defendant's sentence is not mandatory, but is committed to the Court's discretion.

1

4.  The United States Probation Office has provided information that the defendant's currently scheduled release date from the Federal Bureau of Prisons is December 9, 2008.  The USPO has further advised that a suitable release plan exists for the defendant.

Under the circumstances set forth above, the United States does not object to the Court directing that the defendant's sentence be reduced to "time served", or, alternatively, be reduced to a lesser extent, if at all, with such release conditions deemed appropriate by the Court.

Since Amendments 706 and 711of the Sentencing Guidelines which provide the basis for the defendant's motion are not effective until March 3, 2008, should the Court grant the request for "time served", the Order should specify that it is "time served" effective on March 3, 2008.

Respectfully submitted,

Jane W. Duke
United States Attorney

/s/ MICHAEL D. JOHNSON

By: Michael D. Johnson
Senior Legal Advisor
P.O. Box 1229
Little Rock, AR 72203

CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically filed this 26th day of February and a copy forwarded to Jenniffer Horan, Federal Public Defender.

/s/ MICHAEL D. JOHNSON